IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AARON WAYNE PAGE**                                                            **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 1:09cv146LG-RHW**

**HARRISON COUNTY, MISSISSIPPI,**                                 **DEFENDANT**
**GEORGE PAYNE, JR., INDIVIDUALLY**
**AND IN HIS OFFICIAL CAPACITY, AND JOHN DOES 1-25,**
**IN THEIR OFFICIAL AND INDIVIDUAL CAPACITY**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the Motion *Ore Tenus* of the parties, and the Court having been advised that the Plaintiff, Aaron Wayne Page, and the Defendant, George Payne, Jr., in both his Individual and Official Capacities, have agreed that Plaintiff shall voluntarily dismiss all claims as against Defendant Payne in this cause with prejudice, and with each party to bear its own costs, and the Court being fully advised in the premises, is of the opinion that said Motion is well taken and should be granted. It is, therefore,

ORDERED AND ADJUDGED that all claims raised in this cause against Defendant George Payne, Jr., in both his Individual and Official Capacities, are hereby fully and finally dismissed with prejudice, and the aforementioned Defendant is dismissed from this cause with prejudice, with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 17th day of August, 2009.

                                               s/ *Louis Guirola, Jr.*
                                               Louis Guirola, Jr.
                                               United States District Judge

Prepared by:
*s/Cy Faneca*
Cy Faneca MSB #5128
Haley Broom MSB #101838
DUKES, DUKES, KEATING AND FANECA, P.A.
2909 13th St., Sixth Floor
Post Office Drawer W
Gulfport, MS   39502
Telephone:  228/868-1111
Facsimile:   228/863-2886


Agreed as to Form and Content:

 */s/David C. Frazier*
Counsel for Plaintiff
David C. Frazier, Esq
Frazier Law Firm, PLLC
706 Watts Avenue
P.O. Box 1170
Pascagoula, MS 39568-1170



*/s/Karen J. Young*
Counsel for Harrison County
Karen J. Young
Meadows Law Firm, P.A.
1902 21st Avenue
Gulfport, MS 39501