IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KELLY BAKER, GUARDIAN OF
AARON WAYNE PAGE                                             **PLAINTIFF**

VS.                                           **CIVIL ACTION NO.: 1:09CV00146-LG-JMR**

HARRISON COUNTY, MISSISSIPPI,
RR BRINK LOCKING SYSTEMS, INC.,
AND JOHN DOES 1-5                                          **DEFENDANTS**

### RULE 54(b) JUDGMENT OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT RR BRINK LOCKING SYSTEMS, INC.

**CAME ON FOR CONSIDERATION,** Plaintiff's motion, *ore tenus*, to dismiss

Defendant RR Brink Locking Systems, Inc., from this lawsuit with prejudice, and the Court,

being advised that Plaintiff, Kelly Baker, Guardian of Aaron Wayne Page, has come to an accord

and satisfaction with Defendant, RR Brink Locking Systems, Inc., finds that there is no just

reason for delay, and that Defendant RR Brink Locking Systems, Inc., should be dismissed from

this litigation with prejudice. The Court, therefore, rules as follows:

**IT IS ORDERED AND ADJUDGED** that Defendant RR Brink Locking Systems, Inc.,

be and hereby is fully and finally dismissed with prejudice from this lawsuit, with all parties to

bear their own costs.

1

SO ORDERED AND ADJUDGED, this the _____ day of _____March_____, 2013. 2014.

U. S. DISTRICT COURT JUDGE

AGREED TO:

_____

Michael B. Holleman, Esq.
Attorney for Plaintiff

_____
Scott Ellzey, Esq.
Attorney for Defendant RR Brink Locking Systems, Inc.

_____
Haley Broom, Esq.
Attorney for Defendant Harrison County, Mississippi

2

SO ORDERED AND ADJUDGED, this the _____ day of _____, 2013.


_____
U. S. DISTRICT COURT JUDGE

AGREED TO:

_____
Michael B. Holleman, Esq.
Attorney for Plaintiff

_____
Scott Ellzey, Esq.
Attorney for Defendant RR Brink Locking Systems, Inc.


_____
Haley Broom, Esq.
Attorney for Defendant Harrison County, Mississippi

PD.10790149.1